In the Matter of JOHN DALTON, Appellant, v ANDREA EVANS, as Chair of the Division of Parole, Respondent.

Submitted December 27, 2010; decided February 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of VICTOR ALTHEUS DEPONCEAU, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Decided February 15, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

GLACIAL AGGREGATES LLC, Respondent, v TOWN OF YORKSHIRE, Appellant.

Submitted November 22, 2010; decided February 15, 2011

Motion to vacate the Court's October 22, 2010 dismissal order granted [see 15 NY3d 891 (2010)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.